UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jesus RODRIGUEZ-Moreno,<br><br>Defendant | Magistrate Docket No. 08 MJ 020<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **January 21, 2008** within the Southern District of California, defendant, **Jesus RODRIGUEZ-Moreno**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **23rd** DAY OF **JANUARY 2008**

Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Jesus RODRIGUEZ-Moreno**

## PROBABLE CAUSE STATEMENT

On January 21, 2008 Senior Patrol Agent D. Stengert was conducting Border Patrol duties with Agents I. Guerrero and C. Bravence near the Tecate, California Port of Entry. At approximately 9:20 PM. The agents responded to a sensor alert west of the port of entry. When the agents arrived in the area they observed footprints for four individuals walking in a northerly direction. This trail is located approximately one quarter mile west of the port of entry at Tecate, California and one half north of the United States/Mexico international boundary. After following the footprints for approximately ten minutes the agents encountered four individuals lying down in a creek bed.

After the agents identified themselves as Border Patrol agents the group attempted to flee. The agents gave chase and Agent Stengert apprehended the individual identified as the defendant, **Jesus RODRIGUEZ-Moreno**. The rest were apprehended by the other agents.

The agents queried the group as to their immigration status. All, including the defendant, admitted to being citizens and nationals of Mexico illegally present in the United States. All were placed under arrest and transported to Brown Field Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 28, 2007** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.