KAREN P. HEWITT
United States Attorney
DAVID D. LESHNER
Assistant U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7163
David.Leshner@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-0540-JAH |
| | ) | |
| Plaintiff, | ) | DATE:    April 1, 2008 |
| | ) | TIME:    8:30 a.m. |
| v. | ) | |
| | ) | |
| JESUS RODRIGUEZ-MORENO, | ) | **UNITED STATES' NOTICE OF MOTIONS** |
| | ) | **AND MOTIONS FOR:** |
| Defendant. | ) | |
| | ) | **(1)    FINGERPRINT EXEMPLARS** |
| | ) | |
| | ) | **(2)    RECIPROCAL DISCOVERY** |
| _____ | ) | |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and David D. Leshner, Assistant United States Attorney, and hereby files its Motions for Fingerprint Exemplars and Reciprocal Discovery in the above-referenced case. Said motions are based upon the files and records of this case together with the attached memorandum of points and authorities.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## MEMORANDUM OF POINTS AND AUTHORITIES

### I

### STATEMENT OF THE CASE

On February 28, 2008, defendant Jesus Rodriguez-Moreno was arraigned on a one-count indictment charging him with a violation of Title 8, United States Code, Sections 1326(a) and (b). Defendant entered a plea of not guilty.

### II

### STATEMENT OF FACTS

**A.    Defendant's Apprehension**

On January 21, 2008, Border Patrol Agents C. Bravence, I. Gutierrez and D. Stengert were performing linewatch operations neat Tecate, California. At approximately 9:00 p.m., they responded to a seismic intrusion device activation approximately one-quarter mile west of the Tecate Port of Entry and one-half mile north of the International Border.

At the sensor location, the agents observed signs of a group of individuals proceeding north from the sensor location along a foot trail. After following the group's foot sign for approximately 10 minutes, the agents observed a group of four individuals attempting to conceal themselves in a creek bed next to the foot trail. Agent Bravence identified himself as a Border Patrol Agent, and the four individuals fled in different directions. The agents apprehended all four individuals, including defendant Rodriguez. All four individuals admitted to being Mexican citizens without documents allowing them to lawfully enter or remain in the United States. Agents then arrested all four individuals.

On January 22, 2008, at approximately 3:00 a.m., defendant Rodriguez received <u>Miranda</u> warnings. He declined to make a statement.

**B.    Defendant's Immigration History**

Defendant Rodriguez is a citizen of Mexico. On June 23, 1999, he was removed from the United States to Mexico pursuant to an Order of an Immigration Judge. Defendant also was removed from the United States to Mexico on four subsequent occasions: May, 31, 2000; June 22, 2004; September 27, 2007; and December 28, 2007.

/ / /

08CR0540-JAH

**C.**    **Defendant's Criminal History**

Defendant has a lengthy criminal history, including the following felony convictions:

| CONVICTION DATE | COURT | CHARGE | TERM |
|---|---|---|---|
| 08/01/1984 | CASC - Los Angeles | Penal Code § 211 - Attempted robbery | 16 months |
| 10/15/1986 | CASC - San Diego | Vehicle Code § 10851 - Taking vehicle without owner's consent | 3 years |
| 01/09/1987 | CASC - San Diego | Vehicle Code § 10851 - Taking vehicle without owner's consent | 2 years |
| 03/19/1987 | CASC - San Diego | Penal Code § 243 - Battery | 18 months |
| 03/11/2005 | Maricopa County Superior Court | A.R.S. § 13-1203 - Aggravated assault | 18 months |
| 04/02/2001 | USDC - Dist. Arizona | 8 U.S.C. § 1326 - Deported alien found in Unite States | 51 months (2006 - supervised release revoked - 24 months) |

**III**

**UNITED STATES' MOTIONS**

**A.**    **Motion For Fingerprint Exemplars**

The Government requests that the Court order that Defendant make himself available for fingerprinting by the Government's fingerprint expert. See United States v. Ortiz-Hernandez, 427 F.3d 567, 576-77 (9th Cir. 2005) (Government may have defendant fingerprinted and use criminal and immigration records in Section 1326 prosecution).  Identifying physical characteristics, including fingerprints, are not testimonial in nature, and the collection and use of such evidence would not violate Defendant's Fifth Amendment right against self-incrimination.  United States v. DePalma, 414 F.2d 394, 397 (9th Cir. 1969).  See also Schmerber v. California, 384 U.S. 757, 761 (1966) (withdrawal of blood is not testimonial).

1    **B.**    **Motion For Reciprocal Discovery**

2    The Government has and will continue to fully comply with its discovery obligations. To

3    date, the Government has provided Defendant with 84 pages of discovery and one DVD, including

4    reports of his arrest, his rap sheet, and copies of immigration and conviction documents.  Government

5    counsel will coordinate with defense counsel to schedule a viewing of Defendant's A-File.

6    The Government moves the Court to order Defendant to provide all reciprocal discovery to

7    which the United States is entitled under Federal Rules of Criminal Procedure 16(b) and 26.2.

8    Specifically, Rule 16(b)(1) requires Defendant to disclose to the United States all exhibits, documents

9    and reports of testing or examination which Defendant intends to use in his case-in-chief at trial and a

10    written summary of the names, anticipated testimony, and bases for opinions of experts the defendant

11    intends to call at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence.

12                                                                **IV**

13                                                        **CONCLUSION**

14    For the foregoing reasons, the Government respectfully requests that the Court grant its motions.

15

16    DATED: March 3, 2008.                      Respectfully submitted,

17                                                            Karen P. Hewitt
                                                              United States Attorney
18
                                                              s/ David D. Leshner
19                                                            DAVID D. LESHNER
                                                              Assistant U.S. Attorney
20

21

22

23

24

25

26

27

28

                                                        4                                      08CR0540-JAH

1                          UNITED STATES DISTRICT COURT

2                         SOUTHERN DISTRICT OF CALIFORNIA

3    UNITED STATES OF AMERICA,        )        Case No. 08-CR-0540-JAH
                                      )
4                Plaintiff,           )
                                      )
5           v.                        )
                                      )        CERTIFICATE OF SERVICE
6    JESUS RODRIGUEZ-MORENO,          )
                                      )
7                Defendant.           )
     _____)

8

9    IT IS HEREBY CERTIFIED THAT:

10          I, DAVID D. LESHNER, am a citizen of the United States and am at least eighteen years of age.

11   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

12          I am not a party to the above-entitled action.  I have caused service of **UNITED STATES**

13   **NOTICE OF MOTIONS AND MOTIONS FOR FINGERPRINT EXEMPLARS AND**

14   **RECIPROCAL DISCOVERY** on the following parties by electronically filing the foregoing with the

15   Clerk of the District Court using its ECF System, which electronically notifies them.

16          Robert Boyce, Esq.

17

18          I declare under penalty of perjury that the foregoing is true and correct.

19          Executed on March 3, 2008.

20

21                          /s/ David D. Leshner___
                            DAVID D. LESHNER
22

23

24

25

26

27

28

                                        5                          08CR0540-JAH