1  ROBERT E. BOYCE
   State Bar No. 79806
2  BOYCE & SCHAEFER
   934 23rd Street
3  San Diego, CA  92102
   619/232-3320
4
   Attorney for Defendant
5  JESUS RODRIGUEZ-MORENO

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA, ) CASE NO. 08CR0540-JAH
11 |         Plaintiff,        )
   |                           ) **NOTICE OF MOTION AND**
12 | v.                        ) **MOTION:**
   |                           ) 1) **TO COMPEL**
13 | JESUS RODRIGUEZ-MORENO,   )    **DISCOVERY/PRESERVE**
   |                           )    **EVIDENCE; AND**
14 |                           ) 2) **GRANT LEAVE TO FILE**
   |         Defendants.       )    **FURTHER MOTIONS**
15 |                           )
   |                           )
16 |                           ) Date: April 1, 2008
   |                           ) Time: 8:30 a.m.
17

18 TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY and DAVID D. LESHNER,
        ASSISTANT UNITED STATES ATTORNEY:
19

20     PLEASE TAKE NOTICE that on April 1, 2008, at 8:30 a.m., defendant Jesus

21 Rodriguez-Moreno, by and through his counsel, Robert E. Boyce, will ask this Court to enter

22 an Order granting the following motions:  1) to compel discovery, and 2) for leave to file

23 additional motions.

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**MOTIONS**

Jesus Rodriguez-Moreno, defendant herein, by and through his counsel, Robert E. Boyce, asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1)   Compel discovery; and

(2)   Grant leave to file further motions.

These motions are based upon the instant notice of motion and motion, the attached memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials which may be brought to this Court's attention prior to or during the hearing on these motions.

Respectfully submitted,

Dated: March 11, 2008            /s/ Robert E. Boyce
                                 ROBERT E. BOYCE
                                 Attorney for Defendant
                                 JESUS RODRIGUEZ-MORENO